STATE v. SMITH.

the road. Jimmy was asleep and did not awake until after the accident. Melba was asleep but awoke as the truck crossed a driveway just before hitting the tree. She testified that the speedometer reading was 43 miles per hour and Ryland was trying to push her "off from his elbow."

The truck was almost demolished. Ryland received injuries from which he died. He did not regain consciousness after the accident. Melba and Jimmy were injured. The truck was the property of plaintiffs' uncle, J. R. Fuller.

On motion of defendants the court entered judgments of nonsuit at the close of plaintiffs' evidence. Plaintiffs appealed and assigned errors.

*Yarborough, Yarborough & Paschal for plaintiffs, appellants.*
*Smith, Leach, Anderson & Dorsett for defendants, appellees.*

---

## STATE v. JOHNNY SMITH.

(Filed 2 November, 1960.)

APPEAL by defendant from *Huskins, J.,* May-June Criminal Term, 1960, of CALDWELL.

Criminal prosecution on warrant charging that defendant on April 9, 1960, in Lenoir Township, unlawfully, wilfully and maliciously damaged a store building belonging to Nellie Small by firing a gun into said building, thereby breaking out window glass and damaging the ceiling and walls, a violation of G.S. 14-127.

Upon trial *de novo* in superior court, on appeal by defendant from conviction and judgment in the Recorder's Court of Caldwell County, the jury returned a verdict of guilty as charged in the warrant. Judgment, imposing a prison sentence, was pronounced. Defendant excepted and appealed.

*Attorney General Bruton and Assistant Attorney General Rountree for the State.*

*Fate J. Beal for defendant, appellant.*

PER CURIAM. Defendant's motion for judgment of nonsuit was properly overruled. The only evidence was that offered by the State. It was sufficient, if accepted by the jury, to support findings as to all essential matters alleged in the warrant. Assignments of error relating to rulings on evidence and portions of the charge do not disclose prejudicial error. Discussion of these assignments in detail is deemed unnecessary. The verdict and judgment will not be disturbed.

No error.